Wansi v Wansi (2023 NY Slip Op 05457)

Wansi v Wansi

2023 NY Slip Op 05457

Decided on October 26, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 26, 2023

Before: Webber, J.P., Moulton, González, Kennedy, JJ. 

Index No. 3755/05 Appeal No. 918 Case No. 2023-03357 

[*1]Danielle Wansi, Plaintiff-Appellant,
v
Emmanuel Wansi, Defendant-Respondent.

Arnold S. Kronick, White Plains, for appellant.
Emmanuel Wansi, respondent pro se.

Order, Supreme Court, Bronx County (Paul L. Alpert, J.), entered on or about January 19, 2023, which denied plaintiff's motion to vacate a qualified domestic relations order (QDRO) dated June 24, 2021, unanimously affirmed, without costs.
Contrary to plaintiff's contention, applications and motions for the issuance of QDROs are not barred by the statute of limitations and the Uniform Rules for Trial Courts (22 NYCRR) § 202.48 is inapplicable because it was merely a mechanism to effectuate payment of defendant's share in plaintiff's retirement plan (see Kraus v Kraus, 131 AD3d 94, 102-104 [2d Dept 2015]; Denaro v Denaro, 84 AD3d 1148, 1149 [2d Dept 2011], lv dismissed 17 NY3d 921 [2011]).
We further find that plaintiff was properly noticed by the proposed QDRO and note that plaintiff does not argue that the proposed document conflicted with the terms of the divorce judgment or that she was prejudiced by it.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 26, 2023